Angela C. Agrusa (SBN 131337)
   aagrusa@linerlaw.com
David B. Farkas (SBN 257137)
   dfarkas@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Defendant OCENTURE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MASIH KAZEROUNI, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>OCENTURE, LLC,<br><br>    Defendant. | Case No. 8:15-cv-01322-DOC-DFM<br><br>The Hon. David O. Carter<br><br>**STIPULATED VOLUNTARY DISMISSAL** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Masih
2  Kazerouni ("Plaintiff") and Defendant Ocenture, LLC ("Defendant"), by and
3  through their designated counsel, hereby stipulate and agree that the above-
4  captioned action be and hereby is dismissed with prejudice as to Plaintiff's
5  individual claims and without prejudice to the alleged putative class actions claims.
6  The parties further stipulate and agree that each party shall bear their own costs and
7  attorneys' fees associated with this action and dismissal.
8      IT IS SO STIPULATED.

10  Dated:  February 22, 2016

13              By:    */s/ Sara Khosroabadi*
14              Sara Khosroabadi
                Attorneys for Plaintiff MASIH
15              KAZEROUNI

16  Dated:  February 22, 2016         LINER LLP

19              By:    */s/ David B. Farkas*
20              David B. Farkas
                Attorneys for Defendant OCENTURE, LLC

22  **SIGNATURE CERTIFICATION**

23      I hereby certify that the content of this document is acceptable to Sara
24  Khosroabadi, counsel for Plaintiff, and I have obtained her authorization to affix her
25  electronic signature to this document.

27  Dated:  February 22, 2016         */s/ David B. Farkas*
                David B. Farkas

95608.001-2720073v1                  1                 Case No. 8:15-cv-01322-DOC-DFM
                        STIPULATED VOLUNTARY DISMISSAL

LINER LLP
1100 Glendon Avenue | 14th Floor
Los Angeles, CA 90024.3518

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024.3518.

On February 22, 2016, I served true copies of the following document(s) described as **STIPULATED VOLUNTARY DISMISSAL** on the interested parties in this action as follows:

*Attorneys for Plaintiff Masih Kazerouni*
Hyde & Swigart
Sara Khosroabadi, Esq.
Joshua B. Swigart, Esq.
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
Email: sara@westcoastlitigation.com
Email: josh@westcoastlitigation.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2016, at Los Angeles, California.

Elsa Critser

95608.001-2720073v1

1

Case No. 8:15-cv-01322-DOC-DFM

STIPULATED VOLUNTARY DISMISSAL